UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CITY OF KENNETT, MISSOURI, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-CV-33-SNLJ |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENTCY, et al. ) | |
| ) | |
|     Defendants. ) | |

## **MEMORANDUM and ORDER**

This matter is before the Court on plaintiff's Motion to Complete the administrative Record and to Produce Expert Reports, filed on June 4, 2015 (#31). The defendants produced the administrative record in this case on January 30, 2015. The plaintiff was required to inform the defendant no later than February 27 whether it would seek to supplement the record and file its motion no later than March 9, 2015. Then defendants were to have 45 days in which to file a response. Plaintiff contends that the record was 10,000 pages long, so it was unable to determine that it needed to supplement the record until after the deadline. The parties' cross motions for summary judgment are currently due on July 8, 2015.

Defendant responds that plaintiff's motion should be denied or defendants should be permitted 45 days in which to respond to plaintiff's motion, through July 30, 2015, as was originally contemplated by the Case Management Order. In which case, the

1

summary judgment motion deadline should be stayed.  The Court will grant defendants' request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion (#31) is held in abeyance.

**IT IS FURTHER ORDERED** that defendant shall have until July 30, 2015 in which to file a complete response to plaintiff's motion.

**IT IS FINALLY ORDERED** that the deadline for the parties' cross motions for summary judgment is **STAYED**.

Dated this 2nd day of July, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE